UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DANIEL CARMONA MARTINEZ**,

Petitioner,

v.

**MARITZA S. PEREZ SERRATOS**,

Respondent.

Case No. 16-cv-06640-YGR

**ORDER RE: VOLUNTARY DISMISSAL**

In light of the Notice of Voluntary Dismissal filed April 17, 2017 (Dkt. No. 22), this action is **DISMISSED WITH PREJUDICE**. Each side shall bear their own costs.

**IT IS SO ORDERED.**

Dated: April 18, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**